Concise Officer History

P/off Ryan Pownall [1596/[redacted]]

Payroll number: [redacted] Hire date: Jul 05, 2005 Current assignment since: Sep 06, 2007
Current badge number: 1596
Current assignment(s):
Bureau: Patrol Bureau
Division: NEPD
District Unit: 1500 15TH DISTRICT

**Involved officer: Complaint Against Police** **IA No:** **08-0385** **Received:** **Jul 21, 2008**
**DC no:** **08-15-082095**
Classification: Physical Abuse Disposition: Exonerated Assigned: Lieut Leonard Logan

According to the complainant, on 6-13-08, at 4:00 pm, while at the Frankford Terminal, she was attacked by three women and a male, when police were called, they refused to take the complaint. The officers were laughing and an unknown sergeant told the complainant's fiancé that they did not take reports for simple assault. The complainant had her clothes ripped off, her wig torn off and her six year old daughter was hysterical. The complainant's fiancé again asked the sergeant to get some information, and then without warning the complainant and her fiancé were thrown to the ground and arrested. The complainant's face was slammed into the concrete, her face was scraped and bruised from officers stomping on her head. She also has loose and chipped teeth.

Complainant: DANI' EL KENNERLY

Allegations:
.PHYSICAL ABUSE - - EXONERATED - Dec 24, 2010

**Involved officer: Complaint Against Police** **IA No:** **09-0595** **Received:** **Oct 20, 2009**
**DC no:** **09-15-112186**
Classification: Physical Abuse Disposition: Withdrawn Assigned: Lieut Jose Pickard

According to the complainant, on 10-10-09 at 9:30 AM, while inside of her home arguing with her daughter, Monica, Officer Pownall entered and said, "Shut up b**ch." The complainant states she told the officer he did not need to be there and it was not his problem; Officer Pownall then said, "It's my problem now b**ch." When Ronnell told the officer not to speak to his mother that way, Officer Pownall choked him and threw him across the room. Officer Pownall then pushed Ms. Estrella down onto the floor. A female officer smacked her 16 year old daughter. The complainant states that she had an anxiety attack and went to the emergency room and Ronnell has cuts and bruises on his right arm.

Complainant: EVELYN R ESTRELLA

Allegations:
PHYSICAL ABUSE - - Withdrawn - Dec 01, 2009
VERBAL ABUSE - - Withdrawn - Dec 01, 2009

**Involved officer: Police discharge** **IA No:** **10-9056** **Received:** **Jul 18, 2010**
**DC no:**
Classification: Police Discharge Disposition: No Violations Assigned: Lieut David Van

Deft fled from police then pulled a firearm from his waistband. Police fired at deft. Deft trans to Jefferson hospital in critical condition.

Complainant: Carnell Williams-Carney

**Involved officer: Complaint Against Police IA No: 10-0671 Received: Nov 17, 2010**
**DC no: 10-15-122164**
**Classification: Physical Abuse Disposition: Several Findings Assigned: Sergt John Evans**

According to Ms. Mitchell, on 10-13-10, at 9:30 PM, while at 4500 Ditman Street, she was videotaping police activity when officers grabbed her cell phone and threw it to the ground. Officers pushed Ms. Mitchell down causing her to hit her head on the ground. While Ms. Mitchell was in the patrol car being transported to the hospital, officers called her a fat black b**ch. Mr. Dennis states that he was turning his son into police, when officers threw him on the ground and began striking him. Mr. Dennis was kicked in the face several times.

Complainant: CYNTHIA MITCHELL

Allegations:
PHYSICAL ABUSE - - EXONERATED - Feb 22, 2011
VERBAL ABUSE - - Not Sustained - Feb 22, 2011
DAMAGE TO PRIVATE PROPERTY - - UNFOUNDED - Feb 22, 2011

Report summary: totals by incident type:

| Incident type | Received |
|---|---|
| Complaint Against Police | 3 |
| Internal Investigations | 0 |
| Miscellaneous discharge | 0 |
| Off Duty Action | 0 |
| Police discharge | 1 |
| **Total** | **4** |