IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALEAH WHITEHEAD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| THE CITY OF PHILADELPHIA, et. al., | : | No. 13-2167 |
| Defendants. | : | |

## ORDER

AND NOW, on **February 19, 2014,** it is ORDERED that, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (doc. 12), Plaintiff Khaleah Whitehead's Response (doc. 13), and the City's Reply (doc. 15), Defendant's Motion for Summary Judgment is GRANTED for the reasons stated in the accompanying memorandum.

BY THE COURT:

  /s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE